**PILATUS BUSINESS AIRCRAFT LTD**
12300 Pilatus Way
BROOMFIELD, CO 80021

paylocity

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | August 31, 2020 | 6956 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chas | C | ***6758 | 2,869.75 |
| **Total Direct Deposits** | | | **2,869.75** |

19756   220   279 6956 6661          19756

**Michael A Kapple**
2300 Walnut St Apt 572
Denver, CO 80205-2477

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### PILATUS BUSINESS AIRCRAFT LTD

**Michael A Kapple**                                                      **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 279 | Fed Taxable Income | 4,342.44 | Check Date | August 31, 2020 | Voucher Number 6956 |
| Location | 220 | Fed Filing Status | S-0 | Period Beginning | July 29, 2020 | Net Pay 2,869.75 |
| Hourly | $24.48 | State Filing Status | S-0 | Period Ending | August 26, 2020 | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AOG | | 0.00 | 160.00 | 1,530.88 |
| AOG | 100.00 | 2.00 | 200.00 | |
| AOG Me | | | | 300.00 |
| EARLY C | | | | 144.96 |
| HOLIDA | | | | 1,163.52 |
| INCENTI | | | | 4,389.00 |
| OVERTI | 36.72 | 26.67 | 979.32 | 4,706.28 |
| REGULA | 24.48 | 166.58 | 4,077.88 | 27,159.00 |
| VACATI | | | | 1,958.40 |
| **Gross Earnings** | | **195.25** | **5,417.20** | **41,352.04** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| CO | | 186.00 | 1,402.00 |
| FITW | | 534.82 | 3,783.95 |
| MED | | 67.68 | 514.16 |
| SS | | 289.38 | 2,198.51 |
| **Taxes** | | **1,077.88** | **7,898.62** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 325.03 | 2,217.78 |
| 401K LOAN | 176.68 | 1,413.44 |
| 401K LOAN | 145.49 | 872.94 |
| 401K LOAN | | 84.60 |
| ACCIDENT | 19.24 | 57.72 |
| AOG Memo | | 300.00 |
| DENTAL INS | 8.95 | 70.15 |
| FLEX SPENDING ACCT | 229.17 | 1,832.51 |
| HSA FAMILY | 341.67 | 2,691.71 |
| LIFE INS | 21.00 | 135.50 |
| MEDICAL INS | 175.38 | 1,369.34 |
| POST TAX MEDICAL | | 111.25 |
| ROTH 401K | 20.00 | 160.00 |
| TELEHEALTH | 5.00 | 15.00 |
| VISION | 1.96 | 16.58 |
| **Deductions** | **1,469.57** | **11,348.52** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***6758 | 2,869.75 |
| **Total Direct Deposits** | | | **2,869.75** |

| Time Off | Used | Available |
|---|---|---|
| Families | 0.00 | 80.00 |
| PERSONA | 0.00 | 40.00 |
| VACATIO | 16.00 | 12.00 |

| Other Items | Amount | YTD |
|---|---|---|
| LTD | 12.31 | 102.62 |
| HSAER - FA | 250.00 | 2,000.00 |
| GROUP TERM | 0.09 | 0.45 |
| 401K MATCH | 325.03 | 2,217.78 |

PILATUS BUSINESS AIRCRAFT LTD | 12300 Pilatus Way  BROOMFIELD, CO 80021 | (303) 465-9099

**PILATUS BUSINESS AIRCRAFT LTD**
12300 Pilatus Way
BROOMFIELD, CO 80021

paylocity
Direct Deposit Advice

**Check Date:** July 31, 2020
**Voucher Number:** 6823

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chas | C | ***6758 | 2,868.37 |
| **Total Direct Deposits** | | | **2,868.37** |

19756  220  279  6823  6534          19756

Michael A Kapple
2300 Walnut St Apt 572
Denver, CO 80205-2477

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### PILATUS BUSINESS AIRCRAFT LTD

**Earnings Statement**

**Michael A Kapple**

| | | | |
|---|---|---|---|
| Employee ID | 279 | Fed Taxable Income | 4,339.04 |
| Location | 220 | Fed Filing Status | S-0 |
| Hourly | $24.48 | State Filing Status | S-0 |

Check Date: July 31, 2020
Period Beginning: June 26, 2020
Period Ending: July 28, 2020

Voucher Number: 6823
Net Pay: 2,868.37

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AOG | | 0.00 | 180.00 | 1,170.88 |
| AOG Me | | | | 300.00 |
| EARLY C | 24.48 | 1.00 | 24.48 | 144.96 |
| HOLIDA | 24.48 | 8.00 | 195.84 | 1,163.52 |
| INCENTI | | | | 4,389.00 |
| OVERTI | 36.72 | 23.58 | 865.86 | 3,726.96 |
| REGULA | 24.48 | 169.42 | 4,147.40 | 23,081.12 |
| VACATI | | | | 1,958.40 |
| **Gross Earnings** | | **202.00** | **5,413.58** | **35,934.84** |

| Taxes | Amount | YTD |
|---|---|---|
| CO | 185.00 | 1,216.00 |
| FITW | 534.07 | 3,249.13 |
| MED | 67.63 | 446.48 |
| SS | 289.16 | 1,909.13 |
| **Taxes** | **1,075.86** | **6,820.74** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 324.81 | 1,892.75 |
| 401K LOAN | 176.68 | 1,236.76 |
| 401K LOAN | 145.49 | 727.45 |
| 401K LOAN | | 84.60 |
| ACCIDENT | 19.24 | 38.48 |
| AOG Memo | | 300.00 |
| DENTAL INS | 8.95 | 61.20 |
| FLEX SPENDING ACCT | 229.17 | 1,603.34 |
| HSA FAMILY | 341.67 | 2,350.04 |
| LIFE INS | 21.00 | 114.50 |
| MEDICAL INS | 175.38 | 1,193.96 |
| POST TAX MEDICAL | | 111.25 |
| ROTH 401K | 20.00 | 140.00 |
| TELEHEALTH | 5.00 | 10.00 |
| VISION | 1.96 | 14.62 |
| **Deductions** | **1,469.35** | **9,878.95** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***6758 | 2,868.37 |
| **Total Direct Deposits** | | | **2,868.37** |

| Time Off | Used | Available |
|---|---|---|
| Families | 0.00 | 80.00 |
| PERSONA | 0.00 | 36.67 |
| VACATIO | 16.00 | 2.00 |

| Other Items | Amount | YTD |
|---|---|---|
| LTD | 12.31 | 90.31 |
| HSAER - FA | 250.00 | 1,750.00 |
| GROUP TERM | 0.09 | 0.36 |
| 401K MATCH | 324.81 | 1,892.75 |

PILATUS BUSINESS AIRCRAFT LTD | 12300 Pilatus Way  BROOMFIELD, CO 80021 | (303) 465-9099